DONALD S. WALKER, Trustee of the Estate of JOHN U. BROOKMAN, Deceased, Respondent, v. MILLER, DAYBILL & COMPANY, a New York State Corporation, Defendant, Impleaded with FORSYTHE EQUIPMENT Co., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MORTIMER BRAUS, Appellant, v. BLONDEL'S SHOPS, INC., Respondent.— Order so far as appealed from modified by striking out the separate defense in paragraphs six to ten inclusive of the answer, and as so modified affirmed, without costs of appeal, with leave to the defendant to serve an amended answer within ten days after service of order upon payment of the ten dollars costs awarded to plaintiff by the order appealed from. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of EDWARD S. WENTWORTH, Deceased, as a Will of Real and Personal Property. CATHERINE D. WENTWORTH, Contestant, Appellant, Respondent; FRANK N. NAY, Proponent, Respondent, Appellant.— Order so far as appealed from affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NETTIE S. STOEVE, Respondent, Appellant, v. RUBY SCHINASI and Others, Appellants, Respondents.— Order modified by allowing items 1-e, 2-a, 2-b, 5 and 16, and as so modified affirmed, with twenty dollars costs and disbursements to the plaintiff. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOUIS A. GREENBERG and Another, Copartners, etc., Respondents, v. GOLDRING-NEIMAN CORPORATION, Defendant, Impleaded with RINGMAN, INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GEORGE STANLEY SHIRK and Another, as Surviving Executors, etc., of ELLA V. VON E. WENDEL, Deceased, Appellants, v. UNITED STORES REALTY CORPORATION and Another, Respondents.— Order modified by granting a preference for the first Monday of April, 1935, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FREDERIC W. CLIFFORD, in Behalf of Himself and All Other Stockholders of GOTTFRIED BAKING COMPANY, INC., Respondent, v. GOTTFRIED BAKING COMPANY, INC., and Another, Respondents, Impleaded with GOTTFRIED HOLDING CORPORATION and Others, Appellants, and ELIAS GOTTFRIED and Another, Defendants.—Orders affirmed, with twenty dollars costs and disbursements to the plaintiff and the defendant Albert A. Dahn, respondents. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of JEROME A. JACOBS, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.